IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICTORIO C. RIVERA, | ) | 4:07CV3276 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNITED STATES DISTRICT | ) | |
| COURT FOR THE DISTRICT OF | ) | |
| OREGON, | ) | |
| | ) | |
| Defendant. | | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

April 1, 2008.                              BY THE COURT:


                                           s/ Joseph F. Bataillon
                                           Chief United States District Judge